United States District Court
Southern District of Texas
**ENTERED**
May 04, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2004-1, ASSET-BACKED CERTIFICATES, SERIES 2004-1, | § § § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-CV-00646 |
| MARK D. MCCONN, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Plaintiff's Motion for Continuance of Initial Pretrial and Scheduling Conference. Having considered the Motion, the Court is of the opinion that it should be **GRANTED**.

It is therefore **ORDERED** that the Initial Conference presently set for May 13, 2022, shall be reset for until June 24, 2022, at 2:00 p.m.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 3rd day of May, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE